**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARETHA CROSSON, Individually and as the representative of a class of similarly situated persons,

Plaintiff,

Case No.   1:18-3661-ARR-RER

- against -

BLOOMNATION, INC.,

Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against Bloomnation, Inc.  No Answer has been filed in this case.

Dated:  Brooklyn, New York
         August 2, 2018

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By:*/s/Dan Shaked*_____
   Dan Shaked (DS-3331)
   44 Court St., Suite 1217
   Brooklyn, NY 11201
   Tel. (917) 373-9128
   Fax (718) 704-7555
   e-mail: ShakedLawGroup@Gmail.com